87,848-01

TDCJ-CID # 369071
Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

December 18, 2017

RECEIVED IN
COURT OF CRIMINAL APPEALS

Ms. Deana Williamson, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

DEC 22 2017

    RE: Motion For Leave To File
       Petition For Writ of Mandamus and
       Petition For Writ of Mandamus

Deana Williamson, Clerk

Dear Ms. Williamson:

    Enclosed, please find the Motion For Leave To File Petition
For Writ of Mandamus, Petition For Writ of Mandamus and Certificate
of Service.  Please "file" and present each of the same to the
Court of Criminal Appeals.

    Thank you for your most kind attention and consideration in
this matter.

Sincerely,

*Alton Von Byrd*
Alton Von Byrd

cc: File

Writ No. _____

ALTON VON BYRD,             §      IN THE TEXAS COURT OF
            Realtor,        §
Vs.                         §      CRIMINAL APPEALS
                            §
CARMEN BROWN, District Clerk, §    TRAVIS COUNTY, TEXAS
San Augustine County, Texas, §
            Respondent.     §

## PETITION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, ALTON VON BYRD, realtor, pro-se, who makes and files this his Petition For Writ of Mandamus. He would respectfully show in support:

### I.
### STATEMENT OF THE CASE

Realtor BYRD filed ("mailbox rule"), his Article 11.07, Texas Code of Criminal Procedure, Application for Post-Conviction Writ of Habeas Corpus on the Texas Court of Criminal Appeals' approved form, with supporting Memorandum of Law In Support and Exhibits A and B, by United States Mail, Certified, Return Receipt Requested, Receipt Number 9590 9402 2656 6336 8980 95, on September 15, 2017 with Respondent CARMEN BROWN, District Clerk of San Augustine County, Texas.

### II.
### RESPONDENT'S STATUTORY DUTY

Respondent BROWN has a statutory duty under authority of Section 3(c), Article 11.07, Texas Code of Criminal Procedure to transmit a copy of the application, any answers filed and a certificate reciting any finding of the trial court absent the trial

court's order designating issues or the expiration of 35 days. This duty is ministerial in nature and does not requried the exercise of any discretion on the part of Respondent BROWN.

The statute controls over the Texas Rules of Appellate Procedure, Rules 73.4(b)(5) and 73.5 as the trial court failed to issue an order designating issues.

### III.
### NO OTHER ADEQUATE REMEDY AT LAW

Realtor BYRD has no other adequate remedy at law other than the writ of mandamus.

### IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Realtor BYRD moves and prays that this Honorable Court grant him relief and order the writ of mandamus to issue.

Respectfully submitted, this _18th_ day of _December_ , 2017.

_Alton V. Byrd_
ALTON VON BYRD
TDCJ-CID #369071
Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

Realtor, Pro-se

## CERTIFICATE OF SERVICE

I herein certify that on this day, that I have deposited true and correct copy of the Motion For Leave To File Petition For Writ of Mandamus and Petition For Writ of Mandamus, in the United States Mail, postage pre-paid, certified, return receipt requested, receipt number: 9590 9402 2656 6336 8981 01 , addressed to Ms. CARMEN BROWN, District Clerk, San Augustine County, 100 West Columbia Street, Room 202, San Augustine, Texas 75972.

Signed this 18 th day of December , 2017.


*Alton Von Byrd*
ALTON VON BYRD
TDCJ-CID 369071
Polunsky Unit
3872 F.M. 350 South
Livingston, Texas 77351

Writ No. _____

ALTON VON BYRD,                §    IN THE TEXAS COURT OF
              Realtor,         §
Vs.                            §    CRIMINAL APPEALS
                               §
CARMEN BROWN, District Clerk,  §    TRAVIS COUNTY, TEXAS
San Augustine County, Texas,   §
              Respondent.      §

## ORDER

BE IT REMEMBERED, that on this day came on to be heard the
Realtor ALTON VON BYRD's Motion For Leave To File Petition For
Writ of Mandamus.  After due and deliberate consideration of the
Motion, it is the opinion of this court that the motion is hereby


_____ GRANTED.                      _____ Denied.


SIGNED AND ENTERED, this _____ day of _____,
201___.


                                    _____
                                    JUDGE, Texas Court of Criminal
                                    Appeals, Travis County, Texas